### LANGSTON v. STATE.
#### No. 24960.

Court of Criminal Appeals of Texas.
Nov. 8, 1950.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for felony theft, punishment assessed by the jury at two years' confinement in the penitentiary.

The record is before this court without bills of exception or statement of facts. In such condition nothing is presented for review.

The judgment is affirmed.

### WOOTEN v. STATE.
#### No. 24925.

Court of Criminal Appeals of Texas.
Nov. 1, 1950.

No attorneys, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted of robbery, and his punishment was assessed by the jury at five years in the penitentiary.

There are no bills of exception.

The evidence offered by the State, if believed by the jury, is sufficient to sustain the conviction, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.